IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Debra Elliott,                                  :
                        Petitioner              :
                                                :
            v.                                  :        No. 1067 C.D. 2016
                                                :
Workers' Compensation Appeal                    :
Board (SEPTA),                                  :
                        Respondent    :

## **O R D E R**

NOW, March 16, 2017, upon consideration of petitioner's application for reargument *en banc* and respondent SEPTA's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge
